**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

EDDIE and JENNIFER JERNIGAN,　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　Plaintiffs/Counter-Defendants,　)
　　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　　)　　Civil No. 3:07-0678
　　　　　　　　　　　　　　　　　　　　)　　Judge Trauger
ILONKA HAREZI and COURTLAND REEVES,　)
　　　　　　　　　　　　　　　　　　　　)
　　　　Defendants/Counter-Plaintiffs.　)

## O R D E R

New counsel for all parties have now entered appearances of record.  It is hereby

**ORDERED** that a case management conference for the setting of new deadlines shall be held on

March 27, 2008 at 3:00 p.m.

It is so **ORDERED**.

ENTER this 17th day of March 2008.

_____
　　　　ALETA A. TRAUGER
　　　　U.S. District Judge