# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| EDDIE and JENNIFER JERNIGAN ) | |
| ) | |
| Plaintiffs/Counter-Defendants, ) | Case No. 3:07-0678 |
| ) | Judge Trauger |
| v. ) | Magistrate Judge Brown |
| ) | Jury Demand |
| ILONKA HAREZI and COURTLAND ) | |
| REEVES ) | |
| ) | |
| Defendants/Counter-Plaintiffs. ) | |

## AGREED ORDER

As evidenced by the signatures of counsel for the Plaintiffs/Counter-Defendants and the Defendant/Counter-Plaintiffs, acting pro se, this matter has been settled. As set forth in the executed Settlement Agreement attached hereto as Exhibit 1, the terms of the settlement are:

1) Defendants/Counter-Plaintiffs shall pay to Plaintiffs/Counter-Defendants the total amount of $150,000.00 as follows:

   a) The $30,000.00 being held in escrow shall be released to the Baydoun & Knight Escrow Account for the benefit of the Plaintiffs/Counter-Defendants immediately;

   b) The remaining $120,000.00 shall be paid in monthly instalments of $5,000.00 beginning on October 1, 2009, through March 1, 2010, and $10,000.00 beginning on April 1, 2010, through December 1, 2010;

   c) All payments are due no later than the tenth of each month;

   d) A fee of 20% will be added to any payment that is late;

2) In the event that Defendants/Counter-Plaintiffs fail to make any payment in a

timely manner and fail to bring current their obligations by the fifteenth day of the next month, they shall be in default;

3) Upon a default by Defendants/Counter-Plaintiffs, Plaintiffs/Counter-Defendants shall be entitled to the entry of a judgment for the amount of $200,000.00 minus the total amount of payments made by Defendants/Counter-Plaintiffs. Also, in the event of default, Plaintiffs/Counter-Defendants shall be entitled to recover all of their reasonable attorneys's fees and expenses incurred in enforcing the settlement agreement; and,

4) In the event that Defendants/Counter-Plaintiffs are able to pay the balance owed early, they shall be entitled to a 10% credit against the unpaid remaining balance.

In the event Defendants/Counter Plaintiffs default on any of their obligations under the terms of the Settlement Agreement, Plaintiffs/Counter-Defendants shall be entitled to reopen this action pursuant to Federal Rule of Procedure 60(b) for the entry of a judgment in their favor pursuant to the terms of the Settlement Agreement.

Accordingly, it is ordered, adjudged, and decreed that the claims brought by Plaintiffs/Counter- Defendants' against Defendants/Counter-Plaintiffs are hereby dismissed, and all counter claims brought by the Defendants/Counter-Plaintiffs against Plaintiffs/Counter-Defendants are hereby dismissed with prejudice.

Entered this the __29th__ day of __June__, 2009.

_____
The Honorable Aleta A. Trauger

Approved for entry:

Attorneys for the Plaintiffs/Counter-Defendants

/s/ Nader Baydoun
Nader Baydoun, #3077
Stephen C. Knight, #15514
M. Thomas Walsh, #24776
Baydoun & Knight, PLLC
Fifth Third Center
424 Church Street, Suite 2650
Nashville, TN 37219-2461
(615) 256-7788



Defendant/Counter-Plaintiff

/s/ Ilonka Harezi
Ilonka Harezi
17555 Collins Avenue, Unit 2705
Sunny Isle Beach, FL 33160


Defendant/Counter-Plaintiff

/s/ Courtland Reeves
Courtland Reeves
17555 Collins Avenue, Unit 2705
Sunny Isle Beach, FL 33160

3

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing has been served via U.S. Mail, postage prepaid to Courtland Reeves and Ilonka Harezi at 17555 Collins Avenue Unit # 2705, Sunny Isle Beach, FL 33160 and via electronic delivery on: Courtland Reeves and Ilonka Harezi, at [Ilonkaharezi@aol.com](mailto:Ilonkaharezi@aol.com), on this the 24th day of June, 2009.

                                                            /s/ Nader Baydoun
                                                            Nader Baydoun